# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTBROOK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>Defendants. | Case No. 1:24-cv-01075-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MARCH 11, 2025<br><br>(ECF No. 13) |

On February 4, 2025, the parties filed a stipulation to continue the February 18, 2025 scheduling conference to March 11, 2025 to accommodate the parties' trial calendars. (ECF No. 13.) Accordingly, good cause appearing, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to March 11, 2025, at 12:00 p.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. Amendments to the parties' Joint Scheduling Report (ECF No. 12) are due **one week** before the new conference date.

IT IS SO ORDERED.

Dated:  **February 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge