1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CRESTBROOK INSURANCE COMPANY, | Case No. 1:24-cv-01075-SAB |
|---|---|
| Plaintiff, | ORDER RE INFORMAL DISCOVERY DISPUTE |
| v. | (ECF No. 23) |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al., | |
| Defendants. | |

On November 4, 2025, the Court conducted an informal videoconference regarding a discovery dispute. Counsel James P. Wagoner and Colin Cortez appeared for Plaintiff Crestbrook Insurance Company ("Crestbrook"), and counsel Preston B. Bennett appeared for Defendant Travelers Indemnity Company of Connecticut ("Travelers"). The Court notes this matter was conducted off the record; however, the parties were afforded an opportunity to place the matter on the record at any time during the videoconference, but no party requested to do so. The parties agreed to conduct this matter through the Court's informal discovery procedure.

The parties' dispute centers around the appropriate locations for the depositions of Plaintiff's witnesses: Gretchen Cook, Joe Rieder, and Ed Bueser. (ECF No. 23.) Travelers argue the depositions should take place in-person in Fresno because the general rule is that plaintiff must produce its witnesses where it filed the action. (Id.) Crestbrook objected on the grounds that requiring in-person depositions would impose unnecessary expense and burden on the out-

of-state individual deponents, and asserted that conducting the depositions via videoconference would be a more efficient and cost-effective use of resources.

Federal Rule of Civil Procedure 30 provides that "the parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means." Fed. R. Civ. P. 30(b)(4). Having considered the parties' proffered arguments, and pursuant to Federal Rule of Civil Procedure 30, IT IS HEREBY ORDERED that:

1. Ed Bueser shall appear for deposition in-person at McCormick Barstow's office in Fresno;
2. Gretchen Cook and Joe Rieder may appear for their depositions remotely; and
3. Counsel for Crestbrook and Travelers shall determine the appropriate dates and times for each deposition, as well as the medium for the remote deposition.

IT IS SO ORDERED.

Dated:   **November 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge