# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRESTBROOK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>Defendants. | Case No. 1:24-cv-01075-JLT-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 26)<br><br>**JANUARY 20, 2026 DEADLINE** |

On December 26, 2025, the parties filed a joint notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed soon. (ECF No. 26.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents **no later than January 20, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **December 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge